**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-61997-CIV-MIDDLEBROOKS/REID
(17-60106-CR-MIDDLEBROOKS)

JOSE GUTIRES DIAS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("Report"), issued on August 5, 2020. (DE 15). The Report recommends denying Movant Jose Gutires Dias's *pro se* Motion to Vacate, pursuant to 28 U.S.C. §2255. (*Id.*). Movant has not filed objections to the Report and the date to do so has passed.

After a careful review of Judge Reid's Report and the record in this case, I agree with the Report's recommendations. Further, I find that Movant has failed to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 15) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) Movant Samuel Alvarado's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 1) is **DENIED.**

(3) A Certificate of Appealability is **DENIED**.

(4) The Clerk of Court is directed to **CLOSE THIS CASE**.

(5) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 30th day of September, 2020.

_____
Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Lisette Reid;
Counsel of Record;
Jose Gutires Dias
15882-104
Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521
PRO SE